

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00745-CV

**IN THE INTEREST OF R.H., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01063
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to February 11, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court